**In the Interest of H.T. & A.R., Juveniles.**

No. 65070.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 10, 1995.

Gerald J. Harvath, Pacific, for appellant.

Prudence Fink Johnson, Franklin County Juvenile Office, John Robert O'Connor, Guardian ad Litem, Union, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Father appeals from an order of the juvenile court terminating his parental rights in H.T. (a juvenile girl). We affirm. The judgment of the juvenile court is supported by substantial evidence and is not against the weight of the evidence; an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the

reasons for this order affirming the judgment pursuant to Rule 84.16(b).